F I L E D
RK OF COURT
BY

IN THE SUPERIOR COURT OF GUAM

ROSARIO REYES QUICHOCHO, *et. al.*,           )           CIVIL CASE NO. CV500-78 1: 55
                                              )           LAND REGISTRATION CASE NO. 5-82
                              Plaintiffs,)
                                              )
                          vs.                 )           **DECISION AND ORDER**
                                              )
JOAQUIN CRUZ ROASRIO, *et. al.*,              )
                                              )
                              Defendants.)
_____

This matter came before the HONORABLE ELIZABETH BARRETT-ANDERSON[1] on February 23, 2012 for a Scheduling Conference. At the hearing, the parities represented that they were confident that the lawyers could resolve the issue and asked for a status hearing to be set. The Court set a Status Hearing for June 7, 2012; but hereby cancels the status hearing for the following reasons.

After reviewing the record from 2010 to the present, there have been nine (9) status hearings and at each one the Court was informed that the case did not need to be set for an evidentiary hearing because the parties were close to settling the issue. For instance, on March 3, 2010, the map at issue in this case was approved by the parties, but it simply needed to be approved by Department of Land Management. However, by September 2, 2010, the Office of the Attorney General's office represented that they had not seen, nor approved the map and that more time was needed to gain the approvals. In January 2011, it was represented that all of the signatures necessary were being gathered, and the matter should be settled within three (3) months. However, by February 2012, it is clear to the Court that there is not an agreed upon map among all of the parties, let alone approval from Department of Land Management.

Therefore, in the interest of judicial economy and in light of the time standards imposed upon this Court, the Court hereby Orders that on or before June 4, 2012, the parties are to provide the Court a map that is agreed upon and can be stipulated into evidence, and with signatures are or will be obtained no later than September 2012.

_____

[1] After the hearing, Judge Barrett-Anderson retired and became Judge *Pro Tempore*.

If the parties cannot agree upon a map, the Court will conduct an Evidentiary Hearing on the action filed in this matter on June 29, 1978 for Partition and Quiet Title on June 6, 2012 at 9:00 a.m.

All parties are hereby on notice that *no further continuances* shall be allowed in either this matter or the companion case LR 5-82.

**IT IS SO ORDERED** this 11th of April 2012.

**HONORABLE ELIZABETH BARRETT- ANDERSON**
Judge *Pro Tempore*, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original or file in the office of the clerk of the Superior Court of Guam.

APR 13 2012

Jimmy L. Pinaula
Deputy Clerk, Superior Court of Guam